UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joseph Salvaggio, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  - against -<br><br>McCormick & Company, Incorporated,<br><br>       Defendant | 6:23-cv-06334-EAW |

Plaintiff gives notice that this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   October 24, 2023

                  Respectfully submitted,

                  Sheehan & Associates, P.C.
                  /s/Spencer Sheehan
                  spencer@spencersheehan.com
                  60 Cuttermill Rd Ste 412
                  Great Neck NY 11021
                  (516) 268-7080

SO ORDERED

_____
ELIZABETH A. WOLFORD
CHIEF JUDGE
UNITED STATES DISTRICT COURT
**DATED: 10/24/2023**